UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Stacey L. Mullen, Esquire
2091 N. Springdale Road - Suite 17
Cherry Hill, New Jersey, 08003
(856) 778-8677
Attorney for Debtor(s)
Stacey L. Mullen, Esquire (SLM-5588)

Order Filed on September 13,
2017 by Clerk U.S. Bankruptcy
Court District of New Jersey

In Re:

Tricia L. Posey,

Debtor

Case No.: 15-23193 (JNP)

Chapter 13

Hearing Date:

Judge: Jerrold N. Poslusny, Jr.

### ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages, numbered two (2) through _____ is hereby **ORDERED**

**DATED: September 13, 2017**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Case 15-23193-JNP    Doc 49-2    Filed 09/05/17    Entered 09/05/17 12:01:28    Desc
Proposed Order    Page 2 of 2

Case No.  15-23193 (JNP)
Order Granting Supplemental Chapter 13 Fees
<u>Page 2</u>

  The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised:

  ORDERED that <u>Stacey L. Mullen</u>, the applicant, is allowed a fee of $ 300.00 for services rendered and expenses in the amount of $ 0.00 for a total of $ 300.00. The allowance shall be payable:

   <u>XXXXX</u>  through the Chapter 13 plan as an administrative priority.

       outside the plan.

  The debtor's monthly plan is modified to require a payment of <u>$436.00</u> per month for <u>34</u> months to allow for payment of the aforesaid fee.

(Local Form 14 Rev. September 2002)

United States Bankruptcy Court
District of New Jersey

In re:  
Tricia L. Posey  
     Debtor

Case No. 15-23193-JNP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Sep 13, 2017  
                     Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 15, 2017.  
db          +Tricia L. Posey,    16 Laguna Drive,    Magnolia, NJ 08049-1622

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                           TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2017                                Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 13, 2017 at the address(es) listed below:  
         Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
         Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com  
         Joshua I. Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Stacey L. Mullen    on behalf of Debtor Tricia L. Posey slmullen@comcast.net  
                                                                                                                TOTAL: 5