Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 15−23193−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Tricia L. Posey
   16 Laguna Drive
   Magnolia, NJ 08049

Social Security No.:
   xxx−xx−3537

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on October 23, 2015.

On May 5, 2018 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Jerrold N. Poslusny Jr. on:

Date:              June 20, 2018
Time:              10:00 AM
Location:          4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: May 11, 2018
JAN: dmb

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 15-23193-JNP
Tricia L. Posey                                                         Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1        User: admin              Page 1 of 2           Date Rcvd: May 11, 2018
                            Form ID: 185             Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 13, 2018.
```
db              +Tricia L. Posey,   16 Laguna Drive,   Magnolia, NJ 08049-1622
515711763        Absolute Resolutions Corp.,    c/o of Recovery Management Systems Corp,
                  25 S.E. 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
515847629        Absolute Resolutions VI, LLC,    PO Box 788,   Kirkland, WA 98083-0788
515830718        American InfoSource LP as agent for,    DIRECTV, LLC,    PO Box 51178,
                  Los Angeles, CA 90051-5478
515621714       +Bank of America,    P.O. Box 5170,   Simi Valley, CA 93062-5170
515840272        Bank of America, N.A.,    P.O. Box 31785,   Tampa, FL 33631-3785
516307761       +Carrington Mortgage Services, LLC,    (servicing rights only),   1600 South Douglass Road,
                  Anaheim, CA 92806-5951
516307762       +Carrington Mortgage Services, LLC,    (servicing rights only),   1600 South Douglass Road,
                  Anaheim, CA 92806,   Carrington Mortgage Services, LLC,    (servicing rights only) 92806-5951
515621715       +Kristina G. Murtha, Esquire,    216 Haddon Avenue,   Suite 406,   Westmont, NJ 08108-2812
515621717       +Nemours NJ Physician Practice,    P.O. Box 530277,   Atlanta, GA 30353-0277
515621719       +Pressler and Pressler,    7 Entin Road,   Parsippany, NJ 07054-5020
515621718       +South Jersey Gas,    P.O. Box 6091,   Bellmawr, NJ 08099-6091
515626479       +U.S. Department of Housing and Urban Development,    451 7th Street S.W.,
                  Washington, DC 20410-0002
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov May 11 2018 23:56:09     U.S. Attorney,   970 Broad St.,
                  Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 11 2018 23:56:04     United States Trustee,
                  Office of the United States Trustee,   1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                  Newark, NJ 07102-5235
515621716       +E-mail/Text: ally@ebn.phinsolutions.com May 11 2018 23:55:31     Ally,    P.O. Box 380902,
                  Bloomington, MN 55438-0902
515631584        E-mail/Text: ally@ebn.phinsolutions.com May 11 2018 23:55:31     Ally Financial,
                  PO Box 130424,   Roseville, MN 55113-0004
515728514        E-mail/PDF: resurgentbknotifications@resurgent.com May 11 2018 23:57:47
                  Ashley Funding Services, LLC its successors and,    assigns as assignee of Laboratory,
                  Corporation of America Holdings,    Resurgent Capital Services,   PO Box 10587,
                  Greenville, SC 29603-0587
517103311        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 11 2018 23:57:59
                  Portfolio Recovery Associates, LLC,    POB 41067,   Norfolk, VA 23541
517103312        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 12 2018 00:10:56
                  Portfolio Recovery Associates, LLC,    POB 41067,   Norfolk, VA 23541,
                  Portfolio Recovery Associates, LLC,    POB 41067,   Norfolk, VA 23541
                                                                                              TOTAL: 7
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515696068*      +U.S. Department of Housing and Urban Development,    451 7th Street S.W.,
                  Washington, DC 20410-0002
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 13, 2018                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 11, 2018 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa     ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
```

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: May 11, 2018
                              Form ID: 185             Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        Joshua I. Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com
        Stacey L. Mullen    on behalf of Debtor Tricia L. Posey slmullen@comcast.net
        Warren S. Jones, Jr.    on behalf of Creditor    BANK OF AMERICA, N.A. email@warrensjones.com, r46134@notify.bestcase.com;robert@warrensjones.com
                                                    TOTAL: 6

Case 15-23193-JNP    Doc 60    Filed 05/13/18    Entered 05/14/18 00:42:34    Desc Imaged
Certificate of Notice    Page 3 of 3