UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

WARREN S. JONES, JR., ESQ. #003781980
Law Offices of Warren S. Jones, Jr., LLC
1 Trinity Lane
Mt. Holly New Jersey 08060
(609) 261-8400
email@warrensjones.com
Attorneys for Movant, Bank of America, N.A.
FHAC.241-6337

**Order Filed on June 1, 2018 by
Clerk U.S. Bankruptcy Court
District of New Jersey**

In Re:

Tricia L. Posey

Case No.: 15-23193-JNP

Adv. No.:

Hearing Date: 5/8/18 @ 10:00 a.m.

Judge: Poslusny

## CONSENT ORDER RE ADEQUATE PROTECTION

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: June 1, 2018**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

(Page 2)
Debtor: Tricia L. Posey
Case No. 15-23193-JNP
Caption of Order: Consent Order Re Adequate Protection

---

IT IS HEREBY CONSENTED by and between Movant, Bank of America, N.A., its assignees and/or successors in interest, through its retained counsel, Warren S. Jones, Jr., Esquire, for Prober & Raphael, A Law Corporation, and Debtor, Tricia L. Posey, through her counsel, Stacey L. Mullen, Esquire, as follows:

1. Debtor shall maintain the regular monthly payments on Movant's loan obligation, and otherwise comply with all other terms of the subject Note and Mortgage, including, but not limited to, the requirement to maintain insurance naming Movant as the loss payee, encumbering the subject Property, generally described as **16 Laguna Drive, Magnolia, NJ 08049**, in a timely fashion, commencing with the June 1, 2018 payment. Payments on Movant's loan obligation shall be made to Movant's servicing agent, Carrington Mortgage Services, LLC, Bankruptcy Department, P.O. Box 3730, Anaheim, CA 92806.

2. Debtor shall pay off arrearages in the total amount of $18,443.03, representing the July 2017 through May 2018 monthly payments, plus attorneys' fees and costs of $531.00, less applied suspense of $-1,489.72. Said arrearages shall be paid through the Debtor's Chapter 13 Plan. Movant may file a Supplemental Proof of Claim to reflect the addition of said fees.

3. In the event Debtor fails to timely and properly comply with the payments set hereinabove, or any other terms of the subject Note and Mortgage including, but not limited to, the requirement to maintain insurance naming Movant as the loss payee, Movant may file and serve a Declaration Re Breach of Condition on Debtor and Debtor's counsel. Debtor shall have ten (10) days from the date of service of said Declaration within which to cure the existing breach. A cure of the breach shall include, but not be limited to, any late charges, costs and/or advances due pursuant to the Note. If Debtor fails to do so, then on the eleventh (11th) day, Movant shall serve and lodge a Declaration Re Non-Compliance along with a final Order for Relief from the Automatic Stay. Absent a showing that the required payments were timely tendered to and received by Movant, in good funds, the Court shall cause said Order to be entered. Upon the entry of said Order, the Automatic Stay in the above-entitled bankruptcy proceeding shall be immediately vacated and extinguished for all purposes as to Movant, allowing Movant to proceed with foreclosure of the subject Property, pursuant to applicable State law.

4. Any funds received by Movant, which are subsequently returned for non-sufficient funds, including funds received and applied prior to the terms of this Order, shall be subject to the default provisions contained herein.

5. Should Movant obtain relief from the automatic stay due to a breach of the terms of this Order, any Order for Relief from the Automatic Stay shall provide for the 14-day stay described by Bankruptcy Rule 4001(a)(3) to be waived.

6. In the event the instant bankruptcy proceeding is dismissed or discharged, this Consent Order shall be terminated and have no further force or effect.

(Page 3)
Debtor: Tricia L. Posey
Case No. 15-23193-JNP
Caption of Order: Consent Order Re Adequate Protection

---

7. A Notice of Fees, Expenses, and Charges pursuant to Bankruptcy Rule 3002.1(c) is not required for the fees and costs included and disclosed as part this Order.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

By /s/ Warren S. Jones, Jr.
WARREN S. JONES, JR., ESQUIRE
Retained Counsel for Movant

By _____
STACEY L. MULLEN
Attorney for Debtor
Law Office of Stacey L. Mullen
2091 N. Springdale Rd., Suite 17
Cherry Hill, NJ 08003
(856) 778-8677
slmullen@comcast.net

## CERTIFICATE OF MAILING

I hereby certify that on _____, 20____, a copy of the foregoing Order was served on each of the following: Movant.

JAMES J. WALDRON, CLERK

United States Bankruptcy Court
District of New Jersey

In re:  
Tricia L. Posey  
    Debtor

Case No. 15-23193-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Jun 01, 2018  
                      Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 03, 2018.  
db          +Tricia L. Posey,    16 Laguna Drive,    Magnolia, NJ 08049-1622

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                                                                    TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 03, 2018                                                                       Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 1, 2018 at the address(es) listed below:  
         Denise E. Carlon     on behalf of Creditor     BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
         Isabel C. Balboa     ecfmail@standingtrustee.com,    summarymail@standingtrustee.com  
         Joshua I. Goldman     on behalf of Creditor     BANK OF AMERICA, N.A. jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Stacey L. Mullen     on behalf of Debtor Tricia L. Posey slmullen@comcast.net  
         Warren S. Jones, Jr.     on behalf of Creditor     BANK OF AMERICA, N.A. email@warrensjones.com, r46134@notify.bestcase.com;robert@warrensjones.com  
                                                                                                                                                                                                     TOTAL: 6