UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

---

Stacey L. Mullen, Esquire
2091 N. Springdale Road
Suite 17
Cherry Hill, NJ 08003
(856) 778-8677
By: Stacey L. Mullen, Esquire (SM5598)

---

| | |
|---|---|
| In Re: | Case No.: ___15-23193 |
| Tricia L. Posey, | Judge: ____JNP |
| | Chapter: 13 |

### CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION
### TO CREDITOR'S MOTION OR CERTIFICATION OF DEFAULT
### __X__ TO TRUSTEE'S MOTION OR CERTIFICATION OF DEFAULT

The debtor in the above-captioned chapter 13 proceeding hereby objects to the following **(choose one)**:

1. ____ Motion for Relief from the Automatic Stay filed by creditor
          . A hearing has been scheduled for
                  at        am

OR

____ Motion to Dismiss filed by the Standing Chapter 13 Trustee.
A hearing has been scheduled for __, at _____ am.

____ Certification of Default filed by creditor,
I am requesting a hearing be scheduled on this matter.

OR

__X__ Certification of Default filed by Standing Chapter 13 Trustee
I am requesting a hearing be scheduled on this matter.

I am objecting to the above for the following reasons **(choose one)**:

____ Payments have been made in the amount of $ _____, but have not been accounted for. Documentation in support is attached hereto.

____ Payments have not been made for the following reasons and debtor proposes

repayment as follows **(explain your answer)**:

   X   Other **(explain your answer)**: Debtor can make an immediate payment of $2,000.00 and can cure her remaining arrears in 4 weeks.

     3. This certification is being made in an effort to resolve the issues raised by the creditor in its motion.

     4. I certify the above facts to be true. I am aware that if the above facts are willfully false, I am subject to punishment.

Date: 1/16/19                   /s/ Tricia L. Posey
                                       Debtor's Signature

**NOTE:** Pursuant to the Court's General Orders entered on January 4th, 2005, this form must be filed with the Court and served upon the creditor and the Standing Chapter 13 Trustee, **at least seven (7) days before the return date, pursuant to *DNJ LBR 9013-1(d), Motion Practice*,** if filed in opposition to a *Motion for Relief from the Automatic Stay*; **and within 10 days of the filing of a *Creditor's Certification of Default* under an *Order Resolving Motion to Vacate Stay and/or Dismiss with Conditions*. Absent the filing of this mandatory new form, the creditor's stay relief motion will be deemed uncontested, and the creditor's appearance at the hearing will *not* be required.**

*1/3/05/jml*