| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>Stacey L. Mullen, Esquire<br>2091 N. Springdale Road - Suite 17<br>Cherry Hill, New Jersey, 08003<br>(856) 778-8677<br>Attorney for Debtor(s)<br>Stacey L. Mullen, Esquire (SLM-5588) |
| In Re:<br><br>Tricia L. Posey,<br><br>　　　　　　　　　　　Debtor |

Order Filed on February 6, 2019
by Clerk U.S. Bankruptcy Court
District of New Jersey

Case No.: 15-23193 (JNP)

Chapter 13

Hearing Date:

Judge: Jerrold N. Poslusny, Jr.

**ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**

　　The relief set forth on the following pages, numbered two (2) through _____ is hereby **ORDERED**

**DATED: February 6, 2019**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Case No.  15-23193 (JNP)
Order Granting Supplemental Chapter 13 Fees
Page 2

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised:

ORDERED that Stacey L. Mullen, the applicant, is allowed a fee of $ 400.00                for services rendered and expenses in the amount of $ 0.00     for a total of $ 400.00              . The allowance shall be payable:

      XXXXX          through the Chapter 13 plan as an administrative priority.

                           outside the plan.

Fees will be taken into consideration at the trustee motion hearing on modified plan scheduled for February 8, 2019.

(Local Form 14 Rev. September 2002)