Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

           Case No.:  15−23193−JNP
           Chapter:  13
           Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Tricia L. Posey
   16 Laguna Drive
   Magnolia, NJ 08049

Social Security No.:
   xxx−xx−3537

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 12/6/19.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: December 6, 2019
JAN: kvr

                                                                                           Jeanne Naughton
                                                                                           Clerk

```
                            United States Bankruptcy Court
                                 District of New Jersey
```

In re:                                                                          Case No. 15-23193-JNP
Tricia L. Posey                                                                 Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1           User: admin                Page 1 of 2                Date Rcvd: Dec 06, 2019
                               Form ID: 148               Total Noticed: 21

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 08, 2019.
db             +Tricia L. Posey,    16 Laguna Drive,    Magnolia, NJ 08049-1622
515711763       Absolute Resolutions Corp.,    c/o of Recovery Management Systems Corp,
                 25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
515847629       Absolute Resolutions VI, LLC,    PO Box 788,    Kirkland, WA  98083-0788
515830718       American InfoSource LP as agent for,    DIRECTV, LLC,    PO Box 51178,
                 Los Angeles, CA  90051-5478
517697655      +Bank of America, N.A,    c/o Carrington Mortgage Services, LLC,    1600 South Douglas Road,
                 Anaheim, CA 92806-5948
516307761      +Carrington Mortgage Services, LLC,    (servicing rights only),    1600 South Douglass Road,
                 Anaheim, CA 92806-5951
516307762      +Carrington Mortgage Services, LLC,    (servicing rights only),    1600 South Douglass Road,
                 Anaheim, CA 92806,   Carrington Mortgage Services, LLC,    (servicing rights only) 92806-5951
515621715      +Kristina G. Murtha, Esquire,    216 Haddon Avenue,    Suite 406,    Westmont, NJ 08108-2812
515621719      +Pressler and Pressler,    7 Entin Road,    Parsippany, NJ 07054-5020
515621718      +South Jersey Gas,    P.O. Box 6091,    Bellmawr, NJ 08099-6091
515626479      +U.S. Department of Housing and Urban Development,    451 7th Street S.W.,
                 Washington, DC 20410-0002

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 07 2019 01:28:57      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 07 2019 01:28:53      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
515621716      +EDI: GMACFS.COM Dec 07 2019 05:48:00     Ally,    P.O. Box 380902,    Bloomington, MN 55438-0902
515631584       EDI: GMACFS.COM Dec 07 2019 05:48:00     Ally Financial,    PO Box 130424,
                 Roseville, MN 55113-0004
515728514       E-mail/PDF: resurgentbknotifications@resurgent.com Dec 07 2019 01:34:12
                 Ashley Funding Services, LLC its successors and,    assigns as assignee of Laboratory,
                 Corporation of America Holdings,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
515621714      +EDI: BANKAMER.COM Dec 07 2019 05:48:00     Bank of America,    P.O. Box 5170,
                 Simi Valley, CA 93062-5170
515840272       EDI: BANKAMER.COM Dec 07 2019 05:48:00     Bank of America, N.A.,    P.O. Box 31785,
                 Tampa, FL 33631-3785
515621717      +E-mail/Text: ebn@nemours.org Dec 07 2019 01:28:52      Nemours NJ Physician Practice,
                 P.O. Box 530277,   Atlanta, GA 30353-0277
517103311       EDI: PRA.COM Dec 07 2019 05:48:00     Portfolio Recovery Associates, LLC,    POB 41067,
                 Norfolk, VA 23541
517103312       EDI: PRA.COM Dec 07 2019 05:48:00     Portfolio Recovery Associates, LLC,    POB 41067,
                 Norfolk, VA 23541,   Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk, VA 23541
                                                                                              TOTAL: 10

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515696068*     +U.S. Department of Housing and Urban Development,    451 7th Street S.W.,
                 Washington, DC 20410-0002
                                                                                      TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Dec 06, 2019
                              Form ID: 148             Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 6, 2019 at the address(es) listed below:

  Denise E. Carlon  on behalf of Creditor  BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

  Isabel C. Balboa  on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com

  Isabel C. Balboa  ecfmail@standingtrustee.com, summarymail@standingtrustee.com

  Joshua I. Goldman  on behalf of Creditor  BANK OF AMERICA, N.A. jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com

  Stacey L. Mullen  on behalf of Debtor Tricia L. Posey slmullen@comcast.net

  Warren S. Jones, Jr.  on behalf of Creditor  BANK OF AMERICA, N.A. email@warrensjones.com, r46134@notify.bestcase.com;robert@warrensjones.com

                             TOTAL: 6